AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEVADA

SARA ROBINSON
Plaintiff,

V.

DENNIS RODMAN, an individual; HARD ROCK HOTEL HOLDINGS, LLC; a Nevada limited liability company; HARD ROCK HOTEL, INC., a Nevada Corporation; DOES 1 through 10; ROES 1 through 10,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    2:07-cv-01552

TO: (Name and address of Defendant)

HARD ROCK HOTEL HOLDINGS, LLC.
CSC SERVICES OF NEVADA, INC., RESIDENT AGENT
502 East John Street
Carson City, Nevada 89706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ELIZABETH M. GHANEM, ESQ.
8861 WEST SAHARA AVENUE, SUITE 120
LAS VEGAS, NEVADA 89117

an answer to the complaint which is served on you with this summons within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____      _____
CLERK                                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / elt FRSieVtKel&RI D tKe delendDnt' Vdwe@ng KRu\é RUusual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.